UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil File: 1:06-cv-01758-RMC

FAIZ AHMED YAHIA SULIMAN
HADDAD AMHED YAHIA SULIMAN
AS THE NEXT FRIEND OF
FAIZ AHMED YAHIA SULIMAN
                Petitioner

   v.

GEORGE BUSH, PRESIDENT OF THE UNITED STATES
DONALD RUMSFELD, SECRETARY, UNITED STATES
DEPARTMENT OF DEFENSE
HARRY B. HARRIS, JR. REAR ADM. COMMANDER,
JOINT TASK FORCE
WADE F. DAVIS, ARMY COL. COMMANDER,
JOINT DENTION OPERATIONS GROUP
                Respondents

**NOTICE OF APPEARANCE**

     COMES NOW David C. Sleigh, and hereby enters his appearance on behalf of the Petitioner, in the above-entitled matter.  Counsel is representing Petitioner pro bono.

     DATED at St. Johnsbury, Vermont on November 2, 2006.

                By: /s/ David C. Sleigh
                Sleigh & Williams
                364 Railroad Street, Ste. E
                St. Johnsbury, VT 05819
                802-748-5176
                linda@sleighandwilliams.com