UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIZ AHMED SULIMAN, et al. ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 06-1758 (RMC) |
| GEORGE W. BUSH, et al., ) | |
| Defendants. ) | |

### ORDER TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is hereby

**ORDERED** that Respondents, by counsel, shall, within 20 days of service of a copy of this Order and the Petition, file with this Court and serve on Petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of this Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service on the named Respondents and the United States Attorney General.

**SO ORDERED.**

Date: November 29, 2006                         /s/
                                                ROSEMARY M. COLLYER
                                                United States District Judge