UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAIZ AHMED YAHIA SULIMAN, et al
    Petitioner
v.                          Civil File: 1:06-cv-01758-RMC

GEORGE W. BUSH, et al
    Respondents

## MOTION TO EXTEND TIME

COMES NOW the Petitioner, by and through counsel, and hereby moves this Honorable Court to extend the time in which he has to respond to the Respondents Motion to Dismiss for two weeks, i.e., to January 19, 2007.

The Respondents, by and through Nicholas A. Oldham of the United States Department of Justice, have no objection to this Motion.

DATED at St. Johnsbury, Vermont on January 4, 2007.

By: /s/ David C. Sleigh
Sleigh & Williams
364 Railroad Street, Ste. E
St. Johnsbury, VT 05819
802-748-5176
linda@sleighandwilliams.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

FAIZ AHMED YAHIA SULIMAN, et al.

    v.                              Civil File: 1:06-cv-1758-RMC

GEORGE W. BUSH, et al.

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2007, I, David C. Sleigh, of Sleigh & Williams, electronically filed a MOTION TO EXTEND TIME with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following: Terry M. Henry and Nicholas A. Oldham, United States Department of Justice and Barbara J. Olshansky, Center for Constitutional Rights.

DATED at St. Johnsbury, Vermont on January 4, 2007.

By: /s/David C. Sleigh
Sleigh & Williams
364 railroad Street, Ste. E
St. Johnsbury, VT 05819
802-748-5176
linda@sleighandwilliams.com