UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAIZ AHMED YAHIA SULIMAN

    v.                                    **Criminal File :1:06-cv-1758-RMC**

GEORGE W. BUSH, *et al.*

## CERTIFICATE OF SERVICE

     I hereby certify that on January 18, 2007, I, David C. Sleigh, of Sleigh & Williams, electronically filed PETITIONER'S OPPOSITION TO MOTION TO DISMISS OR TRANSFER FOR LACK OF JURISDICTION AND CROSS-MOTION FOR HABEAS HEARING AND RELATED RELIEF with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Nicholas A. Oldham, Nicholas.Oldham@usdoj.gov

Terry M. Henry , terry.henry@usdoj.gov

Barbara Olshansky, bjo@ccr-ny.org

                                              By: /s/David C. Sleigh
                                              Sleigh & Williams
                                              364 railroad Street, Ste. E
                                              St. Johnsbury, VT 05819
                                              802-748-5176
                                              linda@sleighandwilliams.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAIZ AHMED YAHIA SULIMAN

    v.                                    **Criminal File :1:06-cv-1758-RMC**

GEORGE W. BUSH, *et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2007, I, David C. Sleigh, of Sleigh & Williams, electronically filed PETITIONER'S OPPOSITION TO MOTION TO DISMISS OR TRANSFER FOR LACK OF JURISDICTION AND **CROSS-MOTION FOR HABEAS HEARING AND RELATED RELIEF** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Nicholas A. Oldham, Nicholas.Oldham@usdoj.gov

Terry M. Henry , terry.henry@usdoj.gov

Barbara Olshansky, bjo@ccr-ny.org

                                              By: /s/David C. Sleigh
                                              Sleigh & Williams
                                              364 railroad Street, Ste. E
                                              St. Johnsbury, VT 05819
                                              802-748-5176
                                              linda@sleighandwilliams.com