IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FAIZ AHMED YAHIA SULIMAN, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 06-CV-1758 (RMC) |
| GEORGE W. BUSH, *et al.*, | ) ) ) | |
| Respondents. | ) ) | |

**CONSENT MOTION FOR EXTENSION OF TIME**

Respondents, through their undersigned counsel, and with petitioners' consent, respectfully request that the Court grant them an extension of time in which to respond to petitioners' Opposition to Motion to Dismiss or Transfer for Lack of Jurisdiction and Cross-Motion for Habeas Hearing and Related Relief ("Opposition and Cross Motion") (dkt. nos. 14-15). For the reasons stated below, respondents request an extension of time until February 23, 2007 to respond to petitioners' Opposition and Cross Motion.

1. This case is a petition for a writ of habeas corpus filed on behalf of a detainee held at Guantanamo Bay, and is one of over 200 cases brought on behalf of individuals detained at Guantanamo Bay in connection with hostilities involving al Qaeda, the Taliban, and their supporters.

2. On December 22, 2006, respondents filed their Response to Orders to Show Cause and Motion to Dismiss Petitions for Want of Jurisdiction or, in the Alternative, to Transfer Petitions to the United States Court of Appeals for the District of Columbia ("Motion to Dismiss") (dkt. nos. 10-11), in the above-captioned case, *Iqbal v. Bush*, No. 06-CV-1674 (RMC) (dkt. nos. 9-10), and *Ezatullah v. Bush*, No. 06-CV-1752 (RMC) (dkt. nos. 11-12). Petitioners'

oppositions in those cases are due on February 12, 2007, and under the Federal Rules of Civil Procedure and this Court's Local Civil Rules, respondents' replies to petitioners' oppositions will be due on February 23, 2007.

3.  On January 18, 2007, petitioners' filed their Opposition and Cross Motion.  Under the Federal Rules of Civil Procedure and this Court's Local Civil Rules, respondents Reply to petitioners' Opposition is due on January 29, 2007, and respondents' Opposition to petitioners' Cross Motion is due on February 1, 2007.

4.  Respondents' respectfully request an extension of time until February 23, 2007 to respond to petitioners' Opposition and Cross Motion.  Respondents' filed a combined Motion to Dismiss in this case, *Iqbal*, and *Ezatullah*, because the issues raised in all three cases are nearly identical.  For the convenience of the Court and the parties, respondents intend to coordinate its Replies in all three cases as well.  Additionally, respondents' counsel have numerous other briefs due in the next several weeks, and therefore additional time is needed to responded adequately to petitioners' Opposition and Cross Motion.

5.  Pursuant to Local Civil Rule 7(m), undersigned counsel has conferred with petitioners' counsel, who has consented to this request for an extension of time.

6.  This is respondents' first request for an extension of time, and there are no other previously scheduled deadlines that would be impacted by an order granting this motion.

For the reasons stated above, respondents respectfully request that the Court grant them an extension of time until February 23, 2007 in which to respond to petitioners' Opposition and Cross Motion.

Dated: January 22, 2007                    Respectfully submitted,

                                                                     PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

    /s/ Nicholas A. Oldham
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
NICHOLAS A. OLDHAM
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107

Attorneys for Respondents