UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT


FAIZ AHMED YAHIA SULIMAN, et al

    v.                            **Criminal File: 1:06-cv-1758-RMC**

GEORGE W. BUSH, et al.,


## MOTION TO CORRECT PETITIONER'S NAME

COMES NOW the Defendant, by and through his attorney and hereby moves this Honorable Court to make a correction in the petitioner's name used in filing the Memorandum in Opposition to Respondent's Motion to Dismiss, Document #24. The petitioner's name should be Faiz Ahmed Yahia Suliman. Please note correction.

DATED at St. Johnsbury, Vermont on May 7, 2007.

                                              By: /s/ David C. Sleigh
                                              Sleigh & Williams
                                              364 Railroad Street, Ste. E
                                              St. Johnsbury, VT 05819
                                              802-748-5176
                                              linda@sleighandwilliams.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

FAIZ AHMED YAHIA SULIMAN, ET AL.

    v.                       **Criminal File :1:06-cv-1758-RMC**

GEORGE W. BUSH, ET AL.

## CERTIFICATE OF SERVICE

    I hereby certify that on May 7, 2007, I, David C. Sleigh, of Sleigh & Williams, electronically filed MOTION TO CORRECT ERROR IN PETITIONER'S NAME with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

    Terry M. Henry
    Nicholas A. Oldham, United States Department of Justice
    Barbara J. Olshansky, Center for Constitutional Rights.

                                   By: /s/David C. Sleigh
                                   Sleigh & Williams
                                   364 railroad Street, Ste. E
                                   St. Johnsbury, VT 05819
                                   802-748-5176
                                   linda@sleighandwilliams.com