UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| FAIZ AHMED YAHIA SULIMAN, et al., | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) ) | Civil Action No. 06-1758 (RMC) |
| GEORGE W. BUSH, et al., | ) ) ) | |
| Respondents. | ) ) | |

**MEMORANDUM OPINION & ORDER**

Petitioner, a detainee at the United States Naval Station in Guantanamo Bay, Cuba, filed a petition for a writ of habeas corpus on October 16, 2006. Now before the Court are (1) Respondents' Motions to Dismiss and (2) Petitioners' Opposition, Motion to Stay and Hold Proceedings in Abeyance, or to Transfer Case to Court of Appeals. Upon consideration of the pleadings and the case law, *see Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007); *Kiyemba v. Bush*, No. 05-5487, 2007 WL 964612 (D.C. Cir. Mar. 22, 2007); *Zalita v. Bush*, No. 07-5129 (D.C. Cir. Apr. 25, 2007) (*per curiam*), it is hereby

**ORDERED** that Respondents' Motions to Dismiss [Dkt. # 11 and 22] are **GRANTED**; and it is

**FURTHER ORDERED** that Petitioner's Motions to Stay and Hold Proceedings in Abeyance, or Alternatively to Transfer to Court of Appeals [Dkt. # 15 and 24] are **DENIED**; and it is

**FURTHER ORDERED** that all other pending motions are **DENIED** as moot; and it is

**FURTHER ORDERED** that this case is **DISMISSED** for lack of subject matter jurisdiction; accordingly, this case is closed.

**SO ORDERED.**

Dated: May 30, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge