UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAIZ AHMED YAHIA SULIMAN, et al..

v.                                    **Civil File: 1:06-cv-1758-RMC**

GEORGE W. BUSH, et al.

## MOTION TO REINSTATE
## PETITION FOR WRIT OF HABEAS CORPUS

COMES NOW your Petitioner, Faiz Ahmed Yahia Suliman, by and through counsel, and respectfully moves this Honorable Court to: order his previously filed Habeas Petition reinstated; and, issue a protective order authorizing attorney/client contact.

**MEMO**

This Court dismissed the instant Petition for lack of subject matter jurisdiction. See, Memorandum Opinion & Order (May 30, 2007). The United States Supreme Court in Boumediene v. Bush, 553 U.S. _____ (2008) has made it clear this Court does have subject matter jurisdiction to hear and decide Petitioner's prayer for a Writ.

Furthermore, the Supreme Court in Boumediene made it clear that Petitioner has a right to produce evidence negating the Government's claim of

justified detention.  In order to do so, Petitioner must have access to counsel and an opportunity to prepare his case.

WHEREFORE, Petitioner respectfully moves this Honorable Court to: reinstate his previously dismissed Petition; and, issue a protective order authorizing reasonable attorney/client contact.

DATED at St. Johnsbury, Vermont on July 1, 2008.

By: /s/ David C. Sleigh
Sleigh & Williams
364 Railroad Street, Ste. E
St. Johnsbury, VT 05819
802-748-5176
linda@sleighandwilliams.com

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAIZ AHMED YAHIA SULIMAN, ET AL.

v.                                          **Criminal File :1:06-cv-1758-RMC**

GEORGE W. BUSH, ET AL.

### CERTIFICATE OF SERVICE

     I hereby certify that on July 1, 2008, I, David C. Sleigh, of Sleigh & Williams, electronically filed MOTION TO REINSTATE PETITION FOR WRIT OF HABEAS with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Terry Marcus Henry
Nicholas Andrew Oldham
Barbara Olshansky

                                  By: /s/David C. Sleigh
                                  Sleigh & Williams
                                  364 railroad Street, Ste. E
                                  St. Johnsbury, VT 05819
                                  802-748-5176
                                  linda@sleighandwilliams.com