UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GUANTANAMO BAY | ) | **Misc. No. 08-442 (TFH)** |
| DETAINEE LITIGATION | ) | |

| | | |
|---|---|---|
| SULIMAN, et al | ) | |
| | ) | |
| v. | ) | **Civil Action No. 1:06-cv-1758 (RMC)** |
| | ) | |
| BUSH, et al | ) | |

**STATUS REPORT**

COMES NOW Faiz Ahmed Yahia Suliman, your Petitioner, by and through counsel, and, pursuant to this Court's Order of July 11, 2008, submits the following status report.

1. Petitioner, Faiz Ahmed Yahia Suliman, was arrested in December 2001 by Pakistani authorities at the border with Afghanistan;

2. At some time unknown, Petitioner was transferred to the custody of the United States and is detained at Guantanamo Bay;

3. On, or about, October 16, 2006, Petitioner filed with this Court a Petition for a Writ of Habeas Corpus;

4. In said Petition, Petitioner prayed that this Court provide relief from his current detention and that he be allowed attorney client contact;

5. No "protective order" authorizing attorney/client contact has ever issued in this case;

6. On or about May 30, 2007, and upon the government's Motion, the instant Petition was dismissed for lack of jurisdiction, despite Petitioner's opposition thereto and collateral requests to stay and abey action on the Government's Motion to Dismiss;

7. On or about July 1, 2008, after the Supreme Court's decision in *Boumediene v. Bush*, 553 U.S. _____ (June 12, 2008), Petitioner filed a Motion to Reinstate his previously dismissed Habeas Petition and requested that a protective order issue to permit attorney/client contact;

8. To date there has been no judicial action on Petitioner's above referenced Motion.

DATED at St. Johnsbury, Vermont on July 18, 2008.

                                      By: /s/ David C. Sleigh
                                      Sleigh & Williams
                                      364 Railroad Street, Ste. E
                                      St. Johnsbury, VT 05819
                                      802-748-5176
                                      linda@sleighandwilliams.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GUANTANAMO BAY | ) | Misc. No. 08-442 (TFH) |
| DETAINEE LITIGATION | ) | |

| | | |
|---|---|---|
| SULIMAN, et al | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:06-cv-1758 (RMC) |
| | ) | |
| BUSH, et al | ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 18, 2008, I, David C. Sleigh, of Sleigh & Williams, electronically filed this STATUS REPORT with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the parties of record.

      By: /s/David C. Sleigh
Sleigh & Williams
364 railroad Street, Ste. E
St. Johnsbury, VT 05819
802-748-5176
linda@sleighandwilliams.com